DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DR. WILLIAM LATSON,**
Appellant,

v.

**SCHOOL BOARD OF PALM BEACH COUNTY,**
Appellee.

No. 4D20-2577

[November 3, 2021]

Appeal from the State of Florida, Division of Administrative Hearings, and the School Board of Palm Beach County; L.T. Case No. DOAH 19-6177.

Thomas E. Elfers, Miami, and Craig J. Freger, Pembroke Pines, for appellant.

Sean Fahey, Office of General Counsel, The School Board of Palm Beach County, Florida, West Palm Beach, for appellee.

PER CURIAM.

We affirm the School Board's order terminating appellant's employment. The Board's rejection of conclusions reached in the administrative law judge's order, which were mixed questions of fact and law, were imbued with policy considerations on which the appellate court should defer to the agency. *See Winters v. Fla. Bd. of Regents*, 834 So. 2d 243, 250 (Fla. 2d DCA 2002) (affirming in part agency order which rejected hearing officer's findings and conclusions, noting that "where the matter under review 'is infused with overriding policy considerations, the issue should be left to the agency.'" (citing *Pillsbury v. State, Dep't of Health & Rehabilitative Servs.*, 744 So. 2d 1040, 1042 (Fla. 2d DCA 1999))).

*Affirmed.*

WARNER, LEVINE and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***